**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6362**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

         v.

GLEN PLANGE MATTEER, a/k/a Geez,

              Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., District Judge.  (3:07-cr-00155-JFA-10)

Submitted:  July 26, 2012          Decided:  August 1, 2012

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Glen Plange Matteer, Appellant Pro Se.  Jimmie Ewing, Stacey Denise Haynes, Jane Barrett Taylor, William Kenneth Witherspoon, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glen Plange Matteer appeals the district court's order denying his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. Matteer, No. 3:07-cr-00155-JFA-10 (D.S.C. Feb. 8, 2012).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED